UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOLDOVEANU VELCU,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. 2:26-cv-01215-TL

ORDER ON TEMPORARY
RESTRAINING ORDER

This matter is before the Court on Petitioner Moldoveanu Velcu's Motion for Temporary Restraining Order ("TRO motion"). Dkt. No. 5. Having reviewed Petitioner's motion, the Court DENIES Petitioner's motion.

Petitioner's motion is mooted by this District's General Order 10-25 ("General Order")[1] and the Scheduling Order issued in this case, *see* Dkt. No. 8, which overlap with the relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is

---

[1] Available at https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2010-25%20re%20Immigration%20Habeas.1.pdf.

ORDER ON TEMPORARY RESTRAINING ORDER – 1

imminently likely in the absence of preliminary relief. In any event, the Scheduling Order does not allow for the removal or transfer of Petitioner from this District without at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed). Dkt. No. 8 at 2. Moreover, because Petitioner's request for release from detention "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. C25-1398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. C25-1473, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025). However, the General Order sets forth a case schedule that is faster (19 days) than that normally set for a preliminary injunction under the local rules (28 days). *Compare* General Order ¶ 4 *with* LCR 7(d)(4).

Accordingly, the Court DENIES Petitioner's Motion for Temporary Restraining Order. Dkt. No. 5.

Dated this 7th day of May, 2026.

Tana Lin
United States District Judge

ORDER ON TEMPORARY RESTRAINING ORDER – 2